IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBREY DEWITT DAWKINS JR. ) | Case No. 22−31145−KLP |
| TERESA CAMEAL DAWKINS ) | Chapter 13 |
| ) | |
| Debtors ) | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBER 1

THIS MATTER came to be heard on the Debtor's Objection to Claim Number 1 by Discover Bank; and it

APPEARING TO THE COURT that the Debtor has filed an Objection pursuant to 11 U.S.C. § 502(a) and Bankruptcy Rule 3007 to Claim Number 1 by Discover Bank in the amount of $17,158.46 on the grounds that it the debt listed in the proof of claim is barred by the statute of limitations and the claim fails to include any documentation or other evidence of Debtor 2's obligation on the alleged debt; and it

FURTHER APPEARING that after proper service of said Objection no response has been filed thereto and that said Objection should be sustained; it is therefore

ORDERED THAT the Debtor's Objection to Claim Number 1 by Discover Bank herein be, and the same is hereby SUSTAINED, and the aforesaid claim is hereby disallowed.

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

Date: Jul 8 2022

/s/ Keith L Phillips
U.S. Bankruptcy Judge

Entered on Docket: 7/12/2022

<u>I ask for this</u>:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## **CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, Virginia 23218-1819

Discover Bank/Discover Products Inc
PO Box 3025
New Albany, OH 43054

Discover Bank
c/o Roger C Hochschild, President
2500 Lake Cook Rd.
Riverwoods, IL 60015